# AFFIDAVIT TO COMPLAINT

**Agent Background**

I, Jeffrey P. Sharp, Task Force Officer for the Federal Bureau of Investigation (FBI), being first duly sworn, hereby depose and state as follows:

1. I, make this affidavit in support of a criminal complaint against NATHANIAL WRIGHT JR. for the crime of Title 18, U.S.C., Section 2113(a) - Bank Robbery.

2. I have been a sworn police officer (as defined in Ohio R.C. §2935.01(B)) with the Toledo Police Department (TPD) since 2013, having been assigned as detective in the Investigative Services Bureau, Crimes Against Persons Section since 2018. During my time as a detective with TPD I have investigated and assisted in the prosecution of among others, criminal cases involving violence and weapons. These cases include but are not limited to homicides, assaults, robberies, burglaries, and crimes involving the illegal possession of firearms. Further, as of January of 2022, I have served as a special federal officer of the United States Department of Justice (pursuant to Title 21 and Title 28 of the U.S.C., section 878) on the Northwest Ohio Violent Crimes Task Force / Safe Streets Task Force with the Federal Bureau of Investigation (FBI), Cleveland Field Office, Toledo Resident Agency. As task force officer with the Northwest Ohio Violent Crimes Task Force / Safe Streets Task Force I am authorized to investigate violations of the drug and criminal laws of the United States. During the course of my employment as a task force officer I have assisted in the investigation of individuals involved in large-scale trafficking of narcotics, the illegal possession of firearms, robbery of financial institutions, and violations of the Hobbs Act.

3. During the month of September of 2026 your affiant was deputized as a Task Force Officer to investigate Title 18 U.S.C. criminal violations. This deputation is in regard to matters pertaining to the NWO Violent Crimes Safe Street Task Force.

4. The facts in this affidavit come from my personal observations, training, experience, and information obtained from Agents, Detectives and witnesses. This affidavit is intended to merely show that there is sufficient probable cause for the requested warrant and does not set forth all information developed from the investigation.

5. Based on my training and experience, and the facts as set forth in this affidavit, there is probable cause to believe that NATHANIEL WRIGHT violated Title 18 U.S.C., Section 2113(a) - Bank Robbery.

**A. Probable Cause**

6. On September 4th, 2026, Toledo Police units and members of the Northwest Ohio Violent Crime Task Force responded to a report of bank robbery at the Key Bank branch located at 3030 Secor Rd. Toledo, Ohio. This Key Bank is insured by the Federal Deposit Insurance Corporation.

7. On September 4th, 2026, at approximately 11:01 hours, a black male subject wearing black sweatpants, a dark hooded sweatshirt with the hood up, a white facemask, black shoes, and blue latex gloves, entered the Key Bank located at 3030 Secor Rd. Toledo, Ohio. The subject kept his right hand concealed in his front hoodie pocket, and extended his left arm, concealing his left hand in a white grocery bag, leading one victim teller to believe he was holding a firearm in the grocery bag. The subject approached the tellers, announced the robbery, and demanded that the tellers put the money in the bag.

8. Two victim tellers then emptied their top cash drawers into the bag which totaled approximately $2,500 in US currency. The tellers also placed two GPS tracker packages into the bag. The subject fled on foot southbound from the bank toward Pemberton Dr.

9. As the subject fled from the bank with the money, this affiant and other members of the Violent Crimes Task Force began to receive GPS tracking movement alerts from both trackers placed into the bag by the victim tellers. This affiant did begin to live monitor the trackers movement while directing and updating responding police units and task force members over the radio.

10. This affiant did observe the trackers to be traveling at various times between 40 and 76 miles per hour, indicating that the subject had likely gotten into a vehicle. This affiant did observe the trackers traveling eastbound on Central Ave. before traveling northbound on Jackman Rd. The trackers then move eastbound on Hillcrest before traveling northbound on Wallwerth Dr. crossing Berdan and eventually becoming stationary near 3823 Wallwerth Dr. The tracker data then shows movement behind 3823 Wallwerth toward the backyard of 3816 Jackman Rd. The trackers then become stationary behind 3816 Jackman Rd.

11. Toledo Police officer M. Hughes #2822 who had arrived in the area of 3823 Wallwerth Dr. observed a black male subject, matching the description of the subject from the bank, jump a fence and run from him from into the back door of 3823 Wallwerth. The subject appeared wet and muddy. It was raining heavily on and off on September 4th, 2026. Further, there was a grey colored Dodge Charger backed into the driveway of 3823 Wallwerth and officers observed the hood of the vehicle to still be hot as if it were recently driven. Officers created a perimeter around 3823 Wallwerth and the Toledo Police SWAT team and negotiators responded.

Officers observed the male subject peering out of multiple windows of the house as negotiations began.

12. After researching the address, Toledo Police Negotiator B. Woody #2424 made phone contact with NATHANIEL WRIGHT JR. who admitted he was inside of 3823 Wallwerth. WRIGHT told Officer Woody that he would come out peacefully and knew why officers were there but first had to contact his son. WRIGHT also told Officer Woody that he was no longer armed. WRIGHT did exit the front of the home and was taken into custody without incident. WRIGHT was wearing shorts and a white T-shirt at the time of his arrest. WRIGHT was the only occupant of the house at the time.

13. Officers did locate both GPS trackers and a few loose bills next to the garage behind 3816 Jackman Rd.

14. This affiant then drafted and had signed a search warrant for 3823 Wallwerth Dr. Upon execution of the warrant, investigators did find black sweatpants which were wet and muddy, a black sweatshirt, black boots, a notebook with a handwritten note addressed to WRIGHT'S paramour apologizing for what had occurred, a broken $1,000 money band from Key Bank, and a brown and white leather purse which contained $2,388 in US currency which was wet.

15. This affiant did interview WRIGHT at the Toledo Police Department. WRIGHT was advised of his rights under Miranda and stated that he did not want to talk, however, without any prompting or questioning WRIGHT did make several statements. First, WRIGHT stated that he attempted to talk himself out of robbing the bank while he stood outside of the bank. WRIGHT also stated that he never wanted to hurt anybody in the bank. Finally, WRIGHT stated that he knew police were able to find him because of the GPS trackers.

**Conclusion:**

16. Based upon the information above, there is probable cause to believe that NATHANIEL WRIGHT JR. did commit bank robbery in violation of Title 18 U.S.C., Section 2113(a) - Bank Robbery.

Respectfully submitted,

TFO Jeffrey P. Sharp
Federal Bureau of Investigation

Sworn to via telephone after submission by reliable electronic means pursuant to Crim.R. 41(d)(3) and 4.1, this 9th day of September 2026.

Darrell A. Clay
United States Magistrate Judge